IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KWAME MOORE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-4323 |
| | : | |
| MICHAEL ZAKEN, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : : : : : | |

## ORDER

AND NOW, this 13th day of December 2023, upon careful and independent review of Petitioner's pro se Petition and amended Petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF Nos. 1, 16), his counseled third amended Petition (ECF No. 22), the Response (ECF No. 29), Judge Lloret's exhaustive Report recommending we deny the Petition (ECF No. 33), Petitioner's counseled Objections to Judge Lloret's Report and Recommendation (ECF No. 36), all documents in the record, finding no basis for an evidentiary hearing or for a certificate of appealability, and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **OVERRULE** Petitioner's Objections (ECF No. 36);

2. **APPROVE AND ADOPT** Judge Lloret's Report and Recommendation (ECF No. 33);

3. **DISMISS AND DENY** the Petition for writ of habeas corpus (ECF No. 1) with prejudice;

4. **DENY** a certificate of appealability; and

5. The Clerk of the Court shall **close** this case.

KEARNEY, J.